# First District Court of Appeal
## State of Florida

_____

No. 1D2024-1074
_____

THE OAKS NH, L.L.C.,

Petitioner,

v.

NANCY TYSON and PARK
MEADOWS HEALTHCARE AND
REHABILITATION CENTER, LLC.,

Respondents.

_____

Petition for Writ of Certiorari—Original Jurisdiction.


November 13, 2024


PER CURIAM.

Upon consideration of the notice of voluntary dismissal filed on September 23, 2024, the Court dismisses this proceeding. *See* Fla. R. App. P. 9.350(b).

ROWE, KELSEY, and LONG, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Megan G. Colter and Thomas A. Valdez of Quintairos, Prieto, Wood & Boyer, P.A., Tampa; Kenneth D. Miranda, Orlando, for Petitioner.

Paul S. Rothstein and Kyla V. Lemieux of Paul Rothstein, P.A., Gainesville, for Respondents.